**Milo Petranovich, OSB No. 81337**
petranovichm@lanepowell.com
**Kenneth R. Davis, II, OSB No. 97113**
davisk@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

    Attorneys for Defendant Payless ShoeSource, Inc.

**William A. Rudy** (Admitted *pro hac vice*)
wrudy@lathropgage.com
**David V. Clark, Esq.** (Admitted *pro hac vice*)
dclark@lathropgage.com
(Additional attorneys listed at signature)
**LATHROP & GAGE L.C.**
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2612
Telephone: (816) 292-2000
Facsimile: (816) 292-2001

    Of Counsel for Defendant Payless ShoeSource, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, and **ADIDAS-SALOMON AG**,<br><br>    Plaintiffs,<br><br>v.<br><br>**PAYLESS SHOESOURCE, INC.**,<br><br>    Defendant. | No. CV01-1655 RE (Lead Case)<br>Related Case CV03-1116 RE<br><br>**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS OF WILLFULNESS**<br><br>By Defendant Payless ShoeSource, Inc.<br><br>Pursuant to Fed. R. Civ. P. 56<br><br>**ORAL ARGUMENT REQUESTED** |

PAGE 1 - MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS OF WILLFULNESS

Defendant Payless ShoeSource, Inc., pursuant to Fed. R. Civ. P. 56, respectfully moves this Court for partial summary judgment rejecting plaintiffs adidas America, Inc. and adidas-Salomon AG's allegations of willful infringement. There are no issues of genuine material fact that would support adidas' claim of willful infringement and therefore Payless is entitled to a judgment as a matter of law. Pursuant to Local Rule 7.1, counsel for Payless certifies that the parties have made a good faith effort through personal or telephone conferences to resolve this dispute, but have been unable to do so.

In support of this motion, Payless relies on the pleadings on file, as well as the concurrently filed Memorandum in Support, Concise Statement of Material Facts, and Declaration of Stephen Horace and supporting exhibits.

PAGE 2 -  MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS OF WILLFULNESS

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON  97204-3158
(503) 778-2100

Error! Unknown document property name.

WHEREFORE, Payless prays that this Court grant partial summary judgment in Payless' favor, find as a matter of law that Payless did not willfully infringe plaintiffs' rights, and for such further relief as justice so requires.

DATED: June 29, 2007

LANE POWELL PC

By  /s/ Kenneth R. Davis, II
   Milo Petranovich, OSB No. 81337
   Kenneth R. Davis, II, OSB No. 97113
   Telephone: (503) 778-2100

LATHROP & GAGE L.C.
   Michael G. Martin (admitted *pro hac vice*)
   William A. Rudy (admitted *pro hac vice*)
   David V. Clark (admitted *pro hac vice*)
   Stephen J. Horace (admitted *pro hac vice*)
   Gerald M. Kraai (admitted *pro hac vice*)
   Bridget A. Short (admitted *pro hac vice*)
   R. Cameron Garrison (admitted *pro hac vice*)
   Travis W. McCallon (admitted *pro hac vice*)
   David R. Barnard (admitted *pro hac vice*)
   Phillip S. Lorenzo (admitted *pro hac vice*)
   Michael J. Roche (admitted *pro hac vice*)
   Telephone: (816) 292-2000

Attorneys for Defendant Payless ShoeSource, Inc.

Error! Unknown document property name.