FILED'08 MAY 05 17:2' USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ADIDAS AMERICA, INC. and ADIDAS AG, | ) | |
| | ) | |
| | ) | Civil Case No.  01-1655-KI |
| Plaintiffs, | ) | |
| | ) | VERDICT FORM |
| vs. | ) | |
| | ) | |
| PAYLESS SHOESOURCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We the jury, being first duly empaneled and sworn in the above entitled

cause, do find as follows:

### Section I.   Liability

1)      On adidas's claim for federal trademark infringement of its Three-

Stripe Mark, do you find for adidas?

__✓__ Yes      _____ No

2)     On adidas's claim for federal trade dress infringement of its

       SUPERSTAR trade dress, do you find for adidas?

                        ____✓____ Yes         _____ No

3)     On adidas's claim for federal trademark dilution with respect to its

       Three-Stripe Mark, do you find for adidas?

                        ____✓____ Yes         _____ No

4)     On adidas's claim for federal trade dress dilution with respect to its

       SUPERSTAR Trade Dress, do you find for adidas?

                        ____✓____ Yes         _____ No

5)     On adidas's claim for state trademark dilution and injury to business

       reputation for the Three-Stripe Mark, do you find for adidas?

                        ____✓____ Yes         _____ No

6)     On adidas's claim for unfair and deceptive trade practices with respect

       to its Three-Stripe Mark, do you find for adidas?

                        ____✓____ Yes         _____ No

7)     On adidas's claim for unfair and deceptive trade practices with respect

       to its SUPERSTAR Trade Dress, do you find for adidas?

                        ____✓____ Yes         _____ No

*If you answered "Yes" to any of the preceding questions, please proceed to Section II of this form. If you did not answer "Yes" to any of the preceding questions, please sign and date this verdict form and return it to the bailiff.*

## Section II.  Specification by Lot

Complete this section of the Verdict only if you have found that adidas proved at least one of its claims for at least one lot of Payless shoes. In the chart on the following pages, there is a list of the Payless shoes at issue in this case. For each Payless shoe, there is a picture of the shoe, the lot number, and the exhibit numbers. This information is also in your Juror Notebooks with a larger picture.

The styles of Payless shoes are identified by lot numbers. You must make a determination about each Payless shoe by lot number. For each lot number, please check "Yes" if you found for adidas on one or more of its claims of trademark/trade dress infringement, unfair and deceptive trade practices, or dilution. If you did not find for adidas on any of these claims for that lot number, please check "No." When you have finished the chart, you will have checked either "Yes" or "No" for each lot number.

///

///

///

Page 3 - Verdict Form

As a short cut, if you found for adidas on each lot and will be checking "Yes" for each lot number, you may check "Yes" on the next question and skip the chart entirely.

_____    Yes – we found for adidas on each lot and would check "Yes" for each lot on the chart. Please proceed to Section III of this form.

_____    No – we found for adidas on at least one lot but not all lots. Please complete the entire chart and then proceed to Section III of this form.

| | | |
|---|---|---|
| **Lot 382**<br>PLF 665<br>DEF 2986 |  | __✓__ Yes    ____No |
| **Lot 486**<br>PLF 666<br>DEF 2987 |  | __✓__ Yes    ____No |
| **Lot 890**<br>PLF 667<br>DEF 2988 |  | __✓__Yes    ____No |
| **Lot 2193**<br>PLF 668<br>DEF 2989 |  | __✓__Yes    ____No |
| **Lot 2244**<br>PLF 669<br>DEF 2990 |  | __✓__Yes    ____No |
| **Lot 2479**<br>PLF 670<br>DEF 2991 |  | __✓__Yes    ____No |
| **Lot 2523**<br>PLF 671<br>DEF 2992 |  | __✓__Yes    ____No |

| Lot 2740<br>PLF 672<br>DEF 2993 |  | ✓ Yes _____ No |
| Lot 2941<br>PLF 673<br>DEF 2994 |  | ✓ Yes _____ No |
| Lot 3041<br>PLF 674<br>DEF 2995 |  | ✓ Yes _____ No |
| Lot 3047<br>PLF 675<br>DEF 2996 |  | ✓ Yes _____ No |
| Lot 3066<br>PLF 676<br>DEF 2997 |  | ✓ Yes _____ No |
| Lot 3121<br>PLF 677<br>DEF 2998 |  | ✓ Yes _____ No |
| Lot 3144<br>PLF 678<br>DEF 2999 |  | ✓ Yes _____ No |

2

| | | |
|---|---|---|
| **Lot 3156**<br>PLF 679<br>DEF 3000 | | ✓ Yes ____No |
| **Lot 3589**<br>PLF 680<br>DEF 3001 | | ✓ Yes ____No |
| **Lot 3601**<br>PLF 681<br>DEF 3002 | | ✓ Yes ____No |
| **Lot 3714**<br>PLF 682<br>DEF 3003 | | ✓ Yes ____No |
| **Lot 3917**<br>PLF 683<br>DEF 3004 | | ✓ Yes ____No |
| **Lot 3920**<br>PLF 684<br>DEF 3005 | | ✓ Yes ____No |
| **Lot 4146**<br>PLF 685<br>DEF 3006 | | ✓ Yes ____No |

| | | |
|---|---|---|
| **Lot 4778**<br>PLF 686<br>DEF 3007 | | ✔ Yes _____ No |
| **Lot 5865**<br>PLF 687<br>DEF 3008 | | ✔ Yes _____ No |
| **Lot 7152**<br>PLF 688<br>DEF 3009 | | ✔ Yes _____ No |
| **Lot 7153**<br>PLF 689<br>DEF 3010 | | ✔ Yes _____ No |
| **Lot 7166**<br>PLF 690<br>DEF 3011 | | ✔ Yes _____ No |
| **Lot 7273**<br>PLF 691<br>DEF 3012 | | ✔ Yes _____ No |
| **Lot 7603**<br>PLF 692<br>DEF 3013 | | ✔ Yes _____ No |

4

| | | |
|---|---|---|
| **Lot 7687**<br>PLF 693<br>DEF 3014 |  | ✓ Yes ____ No |
| **Lot 7689**<br>PLF 694<br>DEF 3015 |  | ✓ Yes ____ No |
| **Lot 8023**<br>PLF 695<br>DEF 3016 |  | ✓ Yes ____ No |
| **Lot 8176**<br>PLF 696<br>DEF 3017 |  | ✓ Yes ____ No |
| **Lot 9055**<br>PLF 697<br>DEF 3018 |  | ____ Yes ✓ No |
| **Lot 9222**<br>PLF 698<br>DEF 3019 |  | ✓ Yes ____ No |
| **Lot 9225**<br>PLF 699<br>DEF 3020 |  | ✓ Yes ____ No |

| | | |
|---|---|---|
| **Lot 9481**<br>PLF 700<br>DEF 3021 |  | ✓ Yes _____ No |
| **Lot 9482**<br>PLF 701<br>DEF 3022 |  | ✓ Yes _____ No |
| **Lot 9828**<br>PLF 935<br>DEF 3023 |  | ✓ Yes _____ No |
| **Lot 10287**<br>PLF 703<br>PLF 704<br>DEF 3024 |  | ✓ Yes _____ No |
| **Lot 10604**<br>PLF 705<br>DEF 3025 |  | ✓ Yes _____ No |
| **Lot 10648**<br>PLF 706<br>DEF 3026 |  | ✓ Yes _____ No |
| **Lot 11203**<br>PLF 707<br>DEF 3027 |  | ✓ Yes _____ No |
| **Lot 11223**<br>PLF 708<br>DEF 3028 |  | ✓ Yes _____ No |

| Lot 11224<br>PLF 709<br>DEF 3029 |  | ✓ ____Yes    ____No |
|---|---|---|
| Lot 11225<br>PLF 710<br>DEF 3030 |  | ✓ ____Yes    ____No |
| Lot 12070<br>PLF 711<br>DEF 3031 |  | ✓ ____Yes    ____No |
| Lot 12167<br>PLF 937<br>DEF 3032 |  | ✓ ____Yes    ____No |
| Lot 12168<br>PLF 712<br>DEF 3033 |  | ✓ ____Yes    ____No |
| Lot 12524<br>PLF 713<br>DEF 3034 |  | ✓ ____Yes    ____No |
| Lot 12525<br>PLF 714<br>DEF 3035 |  | ✓ ____Yes    ____No |

| | | |
|---|---|---|
| **Lot 13262**<br>PLF 715<br>DEF 3036 | | ✓Yes ____No |
| **Lot 13266**<br>PLF 716<br>DEF 3037 | | ✓Yes ____No |
| **Lot 13375**<br>PLF 717<br>DEF 3038 | | ✓Yes ____No |
| **Lot 13390**<br>PLF 718<br>DEF 3039 | | ✓Yes ____No |
| **Lot 13467**<br>PLF 719<br>DEF 3040 | | ✓Yes ____No |
| **Lot 13715**<br>PLF 720<br>DEF 3041 | | ✓Yes ____No |
| **Lot 14011**<br>PLF 721<br>DEF 3042 | | ✓Yes ____No |
| **Lot 14211**<br>PLF 722<br>DEF 3043 | | ✓Yes ____No |

| Lot 14334<br>PLF 723<br>DEF 3044 |  | ✓ Yes ___No |
| Lot 14858<br>PLF 724<br>DEF 3045 |  | ✓ Yes ___No |
| Lot 16087<br>PLF 725<br>DEF 3046 |  | ✓ Yes ___No |
| Lot 16607<br>PLF 726<br>DEF 3047 |  | ✓ Yes ___No |
| Lot 16982<br>PLF 727<br>DEF 3048 |  | ✓ Yes ___No |
| Lot 17148<br>PLF 728<br>DEF 3049 |  | ✓ Yes ___No |
| Lot 17494<br>PLF 729<br>DEF 3050 |  | ✓ Yes ___No |

| | | |
|---|---|---|
| **Lot 18622**<br>PLF 730<br>DEF 3051 |  | ✓ Yes _____ No |
| **Lot 18684**<br>PLF 731<br>DEF 3052 |  | ✓ Yes _____ No |
| **Lot 18748**<br>PLF 732<br>DEF 3053 |  | ✓ Yes _____ No |
| **Lot 19097**<br>PLF 733<br>DEF 3054 |  | ✓ Yes _____ No |
| **Lot 19355**<br>PLF 734<br>DEF 3055 |  | ✓ Yes _____ No |
| **Lot 19357**<br>PLF 735<br>DEF 3056 |  | ✓ Yes _____ No |
| **Lot 19411**<br>PLF 736<br>DEF 3057 |  | ✓ Yes _____ No |

10

| Lot / PLF / DEF | Image | Yes/No |
|---|---|---|
| **Lot 19451**<br>PLF 737<br>DEF 3058 |  | ___/___Yes  ____No |
| **Lot 19452**<br>PLF 738<br>DEF 3059 |  | ___✓___Yes  ____No |
| **Lot 19547**<br>PLF 739<br>DEF 3060 |  | ___✓___Yes  ____No |
| **Lot 19627**<br>PLF 740<br>DEF 3061 |  | ___✓___Yes  ____No |
| **Lot 19761**<br>PLF 741<br>DEF 3062 |  | ___✓___Yes  ____No |
| **Lot 19899**<br>PLF 742<br>DEF 3063 |  | ___✓___Yes  ____No |
| **Lot 20049**<br>PLF 743<br>DEF 3064 |  | ___✓___Yes  ____No |

11

| | | |
|---|---|---|
| **Lot 20374**<br>PLF 744<br>DEF 3065 |  | ✓ Yes ____No |
| **Lot 20520**<br>PLF 745<br>DEF 3066 |  | ✓ Yes ____No |
| **Lot 20576**<br>PLF 746<br>DEF 3067 |  | ✓ Yes ____No |
| **Lot 20577**<br>PLF 747<br>DEF 3068 |  | ✓ Yes ____No |
| **Lot 20630**<br>PLF 748<br>DEF 3069 |  | ✓ Yes ____No |
| **Lot 20724**<br>PLF 749<br>DEF 3070 |  | ✓ Yes ____No |
| **Lot 20731**<br>PLF 750<br>DEF 3071 |  | ✓ Yes ____No |
| **Lot 20766**<br>PLF 751<br>DEF 3072 |  | ✓ Yes ____No |

12

| | | |
|---|---|---|
| **Lot 20780**<br>PLF 752<br>DEF 3073 |  | ✓ Yes _____ No |
| **Lot 20814**<br>PLF 753<br>DEF 3074 |  | ✓ Yes _____ No |
| **Lot 20958**<br>PLF 754<br>DEF 3075 |  | ✓ Yes _____ No |
| **Lot 21008**<br>PLF 755<br>DEF 3076 |  | ✓ Yes _____ No |
| **Lot 21010**<br>PLF 756<br>DEF 3077 |  | ✓ Yes _____ No |
| **Lot 21023**<br>PLF 757<br>DEF 3078 |  | ✓ Yes _____ No |
| **Lot 21031**<br>PLF 758<br>DEF 3079 |  | ✓ Yes _____ No |
| **Lot 21034**<br>PLF 759<br>DEF 3080 |  | ✓ Yes _____ No |

13

| | | |
|---|---|---|
| **Lot 21417**<br>PLF 760<br>DEF 3081 |  | ___Yes ___No |
| **Lot 21427**<br>PLF 761<br>DEF 3082 |  | ___Yes ___No |
| **Lot 21436**<br>PLF 762<br>DEF 3083 |  | ___Yes ___No |
| **Lot 21671**<br>PLF 763<br>DEF 3084 |  | ___Yes ___No |
| **Lot 21803**<br>PLF 764<br>DEF 3085 |  | ___Yes ___No |
| **Lot 22316A**<br>PLF 765<br>DEF 3086 |  | ___Yes ___No |
| **Lot 22316B**<br>PLF 766<br>DEF 3087 |  | ___Yes ___No |

| Lot 22370<br>PLF 767<br>DEF 3088 |  | ✓ Yes ____No |
| Lot 22444<br>PLF 768<br>DEF 3089 |  | ✓ Yes ____No |
| Lot 22570<br>PLF 769<br>DEF 3090 |  | ✓ Yes ____No |
| Lot 22624<br>PLF 770<br>DEF 3091 |  | ✓ Yes ____No |
| Lot 22679<br>PLF 771<br>DEF 3092 |  | ✓ Yes ____No |
| Lot 22743<br>PLF 772<br>DEF 3093 |  | ✓ Yes ____No |
| Lot 22812<br>PLF 773<br>DEF 3094 |  | ✓ Yes ____No |
| Lot 23375<br>PLF 774<br>DEF 3095 |  | ✓ Yes ____No |

| | | |
|---|---|---|
| **Lot 23402**<br>PLF 775<br>DEF 3096 |  | ✓ Yes _____ No |
| **Lot 23661**<br>PLF 776<br>DEF 3097 |  | ✓ Yes _____ No |
| **Lot 23748**<br>PLF 777<br>DEF 3098 |  | ✓ Yes _____ No |
| **Lot 23800**<br>PLF 778<br>DEF 3099 |  | ✓ Yes _____ No |
| **Lot 23845**<br>PLF 779<br>DEF 3100 |  | ✓ Yes _____ No |
| **Lot 23846**<br>PLF 780<br>DEF 3101 |  | ✓ Yes _____ No |
| **Lot 23885**<br>PLF 781<br>DEF 3102 |  | ✓ Yes _____ No |

| | | |
|---|---|---|
| **Lot 23887**<br>PLF 782<br>DEF 3103 |  | ___✓___Yes  _____No |
| **Lot 23888**<br>PLF 783<br>DEF 3104 |  | ___✓___Yes  _____No |
| **Lot 23893**<br>PLF 784<br>DEF 3105 |  | ___✓___Yes  _____No |
| **Lot 23896**<br>PLF 785<br>DEF 3106 |  | ___✓___Yes  _____No |
| **Lot 24172**<br>PLF 786<br>DEF 3107 |  | ___✓___Yes  _____No |
| **Lot 24379**<br>PLF 787<br>DEF 3108 |  | ___✓___Yes  _____No |
| **Lot 24380**<br>PLF 788<br>DEF 3109 |  | ___✓___Yes  _____No |

| | | |
|---|---|---|
| **Lot 24443**<br>PLF 789<br>DEF 3110 |  | ✓ Yes _____ No |
| **Lot 24486**<br>PLF 790<br>DEF 3111 |  | ✓ Yes _____ No |
| **Lot 24624**<br>PLF 791<br>DEF 3112 |  | ✓ Yes _____ No |
| **Lot 24727**<br>PLF 792<br>DEF 3113 |  | ✓ Yes _____ No |
| **Lot 24728**<br>PLF 793<br>DEF 3114 |  | ✓ Yes _____ No |
| **Lot 24880**<br>PLF 794<br>DEF 3115 |  | ✓ Yes _____ No |
| **Lot 24881**<br>PLF 795<br>DEF 3116 |  | ✓ Yes _____ No |

| | | |
|---|---|---|
| **Lot 24883**<br>PLF 796<br>DEF 3117 | | ✓ Yes ____No |
| **Lot 25438**<br>PLF 797<br>DEF 3118 | | ✓ Yes ____No |
| **Lot 25741**<br>PLF 798<br>DEF 3119 | | ✓ Yes ____No |
| **Lot 25742**<br>PLF 799<br>DEF 3120 | | ✓ Yes ____No |
| **Lot 25763**<br>PLF 800<br>DEF 3121 | | ✓ Yes ____No |
| **Lot 25833**<br>PLF 801<br>DEF 3122 | | ✓ Yes ____No |
| **Lot 25834**<br>PLF 802<br>DEF 3123 | | ✓ Yes ____No |

| Lot 25835<br>PLF 803<br>DEF 3124 |  | ✓ Yes ____No |
| Lot 25836<br>PLF 804<br>DEF 3125 |  | ✓ Yes ____No |
| Lot 26018<br>PLF 805<br>DEF 3126 |  | ✓ Yes ____No |
| Lot 26019<br>PLF 806<br>DEF 3127 |  | ✓ Yes ____No |
| Lot 26401<br>PLF 807<br>DEF 3128 |  | ✓ Yes ____No |
| Lot 26499<br>PLF 808<br>DEF 3129 |  | ✓ Yes ____No |
| Lot 26501<br>PLF 809<br>DEF 3130 |  | ✓ Yes ____No |

20

| | | |
|---|---|---|
| **Lot 26575**<br>PLF 810<br>DEF 3131 |  | ✓ Yes ____ No |
| **Lot 26576**<br>PLF 811<br>DEF 3132 |  | ✓ Yes ____ No |
| **Lot 26638**<br>PLF 812<br>DEF 3133 |  | ✓ Yes ____ No |
| **Lot 26754**<br>PLF 813<br>DEF 3134 |  | ✓ Yes ____ No |
| **Lot 27257**<br>PLF 814<br>DEF 3135 |  | ✓ Yes ____ No |
| **Lot 27258**<br>PLF 815<br>DEF 3136 |  | ✓ Yes ____ No |
| **Lot 27888**<br>PLF 816<br>DEF 3137 |  | ✓ Yes ____ No |

| | | |
|---|---|---|
| **Lot 28482**<br>PLF 817<br>DEF 3138 |  | ___✓ Yes    ___ No |
| **Lot 28754**<br>PLF 818<br>DEF 3139 |  | ___✓ Yes    ___ No |
| **Lot 28874**<br>PLF 819<br>DEF 3140 |  | ___✓ Yes    ___ No |
| **Lot 28875**<br>PLF 820<br>DEF 3141 |  | ___✓ Yes    ___ No |
| **Lot 29312**<br>PLF 821<br>DEF 3142 |  | ___✓ Yes    ___ No |
| **Lot 29315**<br>PLF 822<br>DEF 3143 |  | ___✓ Yes    ___ No |
| **Lot 29425**<br>PLF 823<br>DEF 3144 |  | ___✓ Yes    ___ No |

| Lot 29427<br>PLF 824<br>DEF 3145 |  | _____Yes _____No |
| Lot 29510A<br>PLF 825<br>DEF 3146 |  | _____Yes _____No |
| Lot 29510B<br>PLF 826<br>DEF 3147 |  | _____Yes _____No |
| Lot 29600<br>PLF 827<br>DEF 3148 |  | _____Yes _____No |
| Lot 29701<br>PLF 828<br>DEF 3149 |  | _____Yes _____No |
| Lot 29721<br>PLF 829<br>DEF 3150 |  | _____Yes _____No |
| Lot 29822<br>PLF 830<br>DEF 3151 |  | _____Yes _____No |

23

| | | |
|---|---|---|
| **Lot 29933**<br>PLF 831<br>DEF 3152 |  | ___Yes    ___No |
| **Lot 30047**<br>PLF 832<br>DEF 3153 |  | ___Yes    ___No |
| **Lot 30050**<br>PLF 833<br>DEF 3154 |  | ___Yes    ___No |
| **Lot 30051**<br>PLF 834<br>DEF 3155 |  | ___Yes    ___No |
| **Lot 30052**<br>PLF 835<br>DEF 3156 |  | ___Yes    ___No |
| **Lot 30313**<br>PLF 836<br>DEF 3157 |  | ___Yes    ___No |
| **Lot 30337**<br>PLF 837<br>DEF 3158 |  | ___Yes    ___No |

| | | |
|---|---|---|
| **Lot 30403**<br>PLF 838<br>DEF 3159 |  | ✓ ____Yes ____No |
| **Lot 31077**<br>PLF 840 |  | ✓Yes ____No |
| **Lot 31079**<br>PLF 840 |  | ✓Ycs ____No |
| **Lot 31221**<br>PLF 841<br>DEF 3160 |  | ✓Yes ____No |
| **Lot 31432**<br>PLF 842<br>DEF 3161 |  | ✓Yes ____No |
| **Lot 31433**<br>PLF 843<br>DEF 3162 |  | ✓Yes ____No |
| **Lot 31460**<br>PLF 844<br>DEF 3163 |  | ✓Yes ____No |

25

| Lot 31663<br>PLF 845<br>DEF 3164 | | ___✓ Yes ___No |
|---|---|---|
| Lot 31753<br>PLF 846<br>DEF 3165 | | ___✓ Yes ___No |
| Lot 31759<br>PLF 847<br>DEF 3166 | | ___✓___ Yes ___No |
| Lot 31772<br>PLF 848<br>DEF 3167 | | ___✓ Yes ___No |
| Lot 31870<br>PLF 849<br>DEF 3168 | | ___✓ Yes ___No |
| Lot 31875<br>PLF 850<br>DEF 3169 | | ___✓ Yes ___No |
| Lot 32015<br>PLF 851<br>DEF 3170 | | ___✓ Yes ___No |

| Lot 33441<br>PLF 852<br>DEF 3170 |  | ✓ Yes ____No |
| Lot 33453<br>PLF 853<br>DEF 3172 |  | ✓ Yes ____No |
| Lot 33457<br>PLF 854<br>DEF 3173 |  | ✓ Yes ____No |
| Lot 33646<br>PLF 855<br>DEF 3174 |  | ✓ Yes ____No |
| Lot 34309<br>PLF 856<br>DEF 3175 |  | ✓ Yes ____No |
| Lot 34370<br>PLF 857<br>DEF 3176 |  | ✓ ____Yes ____No |
| Lot 34761<br>PLF 858<br>DEF 3177 |  | ✓ Yes ____No |

| Lot 34770<br>PLF 859<br>DEF 3178 |  | ✓ Yes _____ No |
| Lot 34838<br>PLF 860<br>DEF 3179 |  | ✓ Yes _____ No |
| Lot 34865<br>PLF 861<br>DEF 3180 |  | ✓ Yes _____ No |
| Lot 34907<br>PLF 862<br>DEF 3181 |  | ✓ Yes _____ No |
| Lot 35437<br>PLF 863<br>DEF 3182 |  | ✓ Yes _____ No |
| Lot 35438<br>PLF 864<br>DEF 3183 |  | ✓ Yes _____ No |
| Lot 35663<br>PLF 865<br>DEF 3184 |  | ✓ Yes _____ No |

| | | |
|---|---|---|
| **Lot 35904**<br>PLF 866<br>DEF 3185 |  | ___ ✓ Yes    ___ No |
| **Lot 36783**<br>PLF 867<br>DEF 3186 |  | ___ ✓ Yes    ___ No |
| **Lot 37105**<br>PLF 868<br>DEF 3187 |  | ___ ✓ Yes    ___ No |
| **Lot 37106**<br>PLF 869<br>DEF 3188 |  | ___ ✓ Yes    ___ No |
| **Lot 37107**<br>PLF 870<br>DEF 3189 |  | ___ ✓ Yes    ___ No |
| **Lot 37638**<br>PLF 871<br>DEF 3190 |  | ___ ✓ Yes    ___ No |
| **Lot 37643**<br>PLF 872<br>DEF 3191 |  | ___ ✓ Yes    ___ No |

| Lot 38502<br>PLF 873<br>DEF 3192 |  | ✓ Yes ____No |
| Lot 38504<br>PLF 874<br>DEF 3193 |  | ✓ Yes ____No |
| Lot 38571<br>PLF 875<br>DEF 3194 |  | ✓ Yes ____No |
| Lot 38784<br>PLF 876<br>DEF 3195 |  | ✓ Yes ____No |
| Lot 38868<br>PLF 877<br>DEF 3196 |  | ✓ Yes ____No |
| Lot 38869<br>PLF 878<br>DEF 3197 |  | ✓ Yes ____No |
| Lot 39024<br>PLF 879<br>DEF 3198 |  | ✓ Yes ____No |
| Lot 39155<br>PLF 880<br>DEF 3199 |  | ✓ Yes ____No |

| | | |
|---|---|---|
| **Lot 39317**<br>PLF 881<br>DEF 3200 |  | ____Yes ____No |
| **Lot 39465**<br>PLF 882<br>DEF 3201 |  | ____Yes ____No |
| **Lot 39467**<br>PLF 883<br>DEF 3202 |  | ____Yes ____No |
| **Lot 39468**<br>PLF 884<br>DEF 3203 |  | ____Yes ____No |
| **Lot 39531**<br>PLF 885<br>DEF 3204 |  | ____Yes ____No |
| **Lot 39532**<br>PLF 886<br>DEF 3205 |  | ____Yes ____No |
| **Lot 39935**<br>PLF 887<br>DEF 3206 |  | ____Yes ____No |

31

| |  | |
|---|---|---|
| **Lot 40079**<br>PLF 888<br>DEF 3207 | | ✓ Yes ____ No |
| **Lot 40098**<br>PLF 889<br>DEF 3208 | | ____ Yes ____ No |
| **Lot 40250**<br>PLF 890<br>DEF 3209 | | ✓ Yes ____ No |
| **Lot 40521**<br>PLF 891<br>DEF 3210 | | ✓ Yes ____ No |
| **Lot 40523**<br>PLF 892<br>DEF 3211 | | ✓ Yes ____ No |
| **Lot 40601**<br>PLF 893<br>DEF 3212 | | ✓ Yes ____ No |
| **Lot 41148**<br>PLF 894<br>DEF 3213 | | ✓ Yes ____ No |

| | | |
|---|---|---|
| **Lot 41349**<br>PLF 895<br>DEF 3214 |  | ✓ Yes ____No |
| **Lot 41350**<br>PLF 896<br>DEF 3215 |  | ✓ Yes ____No |
| **Lot 41351**<br>PLF 897<br>DEF 3216 |  | ✓ Yes ____No |
| **Lot 41596**<br>PLF 898<br>DEF 3217 |  | ✓ Yes ____No |
| **Lot 41905**<br>PLF 899<br>DEF 3218 |  | ✓ Yes ____No |
| **Lot 41908**<br>PLF 900<br>DEF 3219 |  | ✓ Yes ____No |
| **Lot 42006**<br>PLF 901<br>DEF 3220 |  | ✓ Yes ____No |

33

| | | |
|---|---|---|
| **Lot 42022**<br>PLF 902<br>DEF 3221 |  | _____Yes    _____No |
| **Lot 42181**<br>PLF 903<br>DEF 3222 |  | _____Yes    _____No |
| **Lot 42614**<br>PLF 904<br>DEF 3223 |  | _____Yes    _____No |
| **Lot 43455**<br>PLF 905<br>DEF 3224 |  | _____Yes    _____No |
| **Lot 43695**<br>PLF 906<br>DEF 3225 |  | _____Yes    _____No |
| **Lot 43696**<br>PLF 907<br>DEF 3226 |  | _____Yes    _____No |
| **Lot 43814**<br>PLF 908<br>DEF 3227 |  | _____Yes    _____No |
| **Lot 43855**<br>PLF 909<br>DEF 3228 |  | _____Yes    _____No |

34

| | | |
|---|---|---|
| **Lot 43856**<br>PLF 910<br>DEF 3229 |  | ___✓ Yes   ____ No |
| **Lot 44082**<br>PLF 911<br>DEF 3230 |  | ___✓ Yes   ____ No |
| **Lot 44478**<br>PLF 912<br>DEF 3231 |  | ___✓ Yes   ____ No |
| **Lot 44580**<br>PLF 913<br>DEF 3232 |  | ___✓ Yes   ____ No |
| **Lot 44581**<br>PLF 914<br>DEF 3233 |  | ___✓ Yes   ____ No |
| **Lot 44691**<br>PLF 915<br>DEF 3234 |  | ___✓ Yes   ____ No |
| **Lot 44692**<br>PLF 916<br>DEF 3235 |  | ___✓ Yes   ____ No |
| **Lot 44712**<br>PLF 917<br>DEF 3236 |  | ___✓ Yes   ____ No |

| | | |
|---|---|---|
| **Lot 44929**<br>PLF 918<br>DEF 3237 |  | ____✓ Yes  ____ No |
| **Lot 44957**<br>PLF 919<br>DEF 3238 |  | ____✓ Yes  ____ No |
| **Lot 44958**<br>PLF 920<br>DEF 3239 |  | ✓ ____ Yes  ____ No |
| **Lot 44980**<br>PLF 921<br>DEF 3240 | | ✓ ____ Yes  ____ No |
| **Lot 45059**<br>PLF 922<br>DEF 3241 |  | ✓ ____ Yes  ____ No |
| **Lot 45467**<br>PLF 923<br>DEF 3242 |  | ✓ ____ Yes  ____ No |
| **Lot 45478**<br>PLF 924<br>DEF 3243 |  | ____✓ Yes  ____ No |

36

| | | |
|---|---|---|
| **Lot 45530**<br>PLF 925<br>DEF 3244 |  | ___ ✓ Yes    ___ No |
| **Lot 45531**<br>PLF 926<br>DEF 3245 |  | ___ ✓ Yes    ___ No |
| **Lot 46012**<br>PLF 927<br>DEF 3246 |  | ___ ✓ Yes    ___ No |
| **Lot 46661**<br>PLF 928<br>DEF 3247 |  | ___ ✓ Yes    ___ No |
| **Lot 46662**<br>PLF 929<br>DEF 3248 |  | ___ ✓ Yes    ___ No |
| **Lot 46799**<br>PLF 930<br>DEF 3249 |  | ___ ✓ Yes    ___ No |
| **Lot 47003**<br>PLF 931<br>DEF 3250 |  | ___ ✓ Yes    ___ No |

| Lot 47004<br>PLF 932<br>DEF 3251 |  | ___ ✓ Yes     ___ No |
| Lot 47318<br>PLF 933<br>DEF 3252 |  | ___ ✓ Yes     ___ No |
| Lot 47661<br>PLF 934<br>DEF 3253 |  | ___ ✓ Yes     ___ No |

## Section III.     Monetary Recovery

8)     State the amount of actual damages that should be awarded to

adidas, if any.

$ *30,610,179*

9)     Do you find that Payless acted willfully or in bad faith with regard to

any of the claims in Question Nos. 1-7 above for which you answered

"Yes"?

_____✓ Yes          _____ No

10)     If you answered "Yes" to Question No. 9, state the amount of

Payless's profits that should be awarded to adidas, if any.

$ *137,003,578.*

11)     Concerning a possible award of punitive damages, do you find that

Payless has acted with malice, or in wanton and reckless disregard of

the rights of adidas, or if deterrence is called for and Payless's

conduct is particularly aggravated?

_____✓ Yes          _____ No

///

///

///          *please continue to the next page*

Page 5 - Verdict Form

12)    If you answered "Yes" to Question No. 11, state the amount of

punitive damages that should be awarded to adidas, if any.

$ *137,003,578*

The presiding juror should sign and date this verdict form.

Dated this ___*5*ᵗʰ____ day of May, 2008.

*Asenath Rice*
Presiding Juror