Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ADIDAS AMERICA, INC., et al.,

       Plaintiffs,

                       No. CV01-1655 RE
                       (Lead Case)
vs.               RELATED CASE to
                       CV03-1116 RE

PAYLESS SHOESOURCE, INC.,

       Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

   PETER C. KNOPS, ESQUIRE

     June 12, 2007
      10:11 a.m.

    Lathrop & Gage
2345 Grand Boulevard, Suite 2800
   Kansas City, Missouri

Lea Ann Martin, CSR, RPR, CCR

Exhibit 2 - Page 1 of 18

1  -- and, you know, and I reviewed that.
2      Q.    Do you specifically remember
3  reading the agreement?
4      A.    I believe -- what I remember is
5  reading the pertinent language as it pertained
6  to stripes, the configuration of the stripes
7  and how it was applied to the shoes at issue
8  in the case, so I believe from that that I
9  would have read the agreement.
10     Q.    And what do you recall about the
11 terms of the agreement?
12     A.    Well, I don't recall exactly
13 everything, but I remember that it talked
14 about -- it had several -- provided several
15 different categories. One of the categories
16 was three-stripe shoes, another category was
17 having a certain number of stripes or,
18 perhaps, just more than one stripe that had
19 serrated edges.  And then I believe the
20 agreement dealt with some other configurations
21 but I can't recall those at this point in
22 time.
23     Q.    And what do you recall being the
24 terms of the agreement regarding three
25 stripes?

Exhibit 2 - Page 2 of 18

1    A.    I believe the terms of the
2  agreement were that Payless should not make
3  shoes with three stripes that are parallel.
4    Q.    And what do you recall about the
5  agreement with respect to having a number of
6  stripes and serrations?
7    A.    That Payless should not make shoes
8  that have -- that could be two or more
9  stripes that have serrations and are parallel.
10 That's the best of my recollection.
11   Q.    And do you recall any other terms
12 of the agreement?
13   A.    I don't recall the specifics of
14 any terms of the agreement -- of any other
15 terms of the agreement.
16   Q.    When you mentioned -- first
17 mentioned the agreement you said it provided
18 guidelines.  Was it your opinion that the
19 agreement provided guidelines?
20         MR. BARNARD:  Object to the form.
21         You can answer.
22   A.    I don't really have an opinion on
23 that. I know it -- from reading the agreement
24 it provided for us adidas' position with
25 respect to their rights and that's how I used

Exhibit 2 - Page 3 of 18

1  it in my product review.
2       Q.      (By Mr. Brewster)  Did the
3  memorandum provide that the -- did the
4  memorandum express that the agreement provided
5  guidelines?
6       A.      Not that I recall.
7       Q.      Did you operate with any guidelines
8  from the 1994 agreement other than not doing
9  three parallel stripes and not doing two or
10 more parallel stripes with serrations?
11              MR. BARNARD:  Object to the form.
12              You can answer.
13      A.      I don't recall if it -- if it
14 gave us other guidelines besides that.  I
15 believe that it also had -- had pointed out
16 some specific lots that Payless were not to
17 proceed with and thus they would -- we would
18 not have remade those lots should they come
19 back in style -- that style.  It would not
20 have made similar designs as were listed in
21 there.
22      Q.      (By Mr. Brewster)  Now, did you
23 ever advise anyone at Payless that they were
24 allowed to use two or four parallel stripes
25 as long as they weren't serrated, a

Exhibit 2 - Page 4 of 18

1    A.    We had notebooks of issued patents,
2  utility and design I believe separated, and
3  then we had a section of registered
4  trademarks.
5    Q.    When you were responsible for
6  updating the material, how did you go about
7  updating the trademark registrations?
8    A.    I don't know if there was a
9  standard way that I did this, but I know
10 that I relied on the quarterly publication of
11 -- of Footwear World that listed patents and
12 trademarks that companies got. I also when
13 searching became more prevalent, and I can't
14 put a time when that occurred, I don't
15 believe that was right at the beginning, I
16 would update it through that way, or I would
17 have people who worked for me who were
18 compiling who would compile patents for a
19 particular company or in at least one case we
20 outsourced the work.
21   Q.    Have -- have you ever attended any
22 footwear industry conventions?
23   A.    No.
24   Q.    Putting aside meetings that were
25 legal meetings or the shoe review meetings

Exhibit 2 - Page 5 of 18

1  themselves, did you attend any Payless buyer
2  meetings regarding footwear?
3     A.    Yes.
4     Q.    And what meetings did you attend?
5     A.    I attended meetings for the buyers
6  that instructed them on the shoe review
7  process generally and intellectual property
8  generally.
9     Q.    And were you the person responsible
10 for presenting at those meetings?
11    A.    At times.
12    Q.    Were there materials prepared to
13 provide to the buyers for those meetings?
14    A.    There were materials prepared.  I
15 don't believe they were provided to the
16 buyers.
17    Q.    You don't recall -- recall any
18 written material that went to the buyers?
19    A.    We may have handed out a shoe or
20 product review request form, but other than
21 that I'm not aware, I don't recall handing
22 out any other material to the buyers.
23    Q.    How many times did you conduct
24 this -- how many times did you attend a
25 program like this?

Exhibit 2 - Page 6 of 18

1   A.   I don't recall exactly.

2   Q.   Was it annually?

3   A.   No.

4   Q.   More often?

5   A.   If I can skip back one question,
6   when you say "was it annually," I did not
7   attend annually from the beginning when I
8   started shoe reviews until when I left
9   Lathrop & Gage.  When I started attending
10  this meeting, I believe it was at least
11  annually.

12  Q.   When you were the presenter what
13  were your instructions regarding the shoe
14  review process?

15  A.   My instructions were to present
16  what was -- what we needed from the buyers
17  to do our review, what they should expect
18  from a review, and what the review entailed.

19  Q.   And what did you tell the buyers
20  that you needed?

21  A.   We -- we would like to have the
22  information that they had which may include
23  the shoe that they -- that they would propose
24  to make, if there was a shoe that they were
25  interpreting, that shoe, any other shoe that

Exhibit 2 - Page 7 of 18

Case 3:03-cv-01116-KI    Document 702-3    Filed 05/12/2008    Page 8 of 18

Page 51

1  may have any inspiration to the proposed

2  shoe, and any rights or claims that they were

3  aware of that may be involved in -- that may

4  -- that may surround that particular shoe.

5  If they were aware of a lawsuit or of

6  another retailer or other discount retailer

7  making the shoe, we would like to be aware

8  of that.

9      Q.    And what did you tell them that

10 they should expect?

11     A.    This evolved from over time.

12 Typically, I mean, I think the common theme

13 was that they should expect a -- a report

14 back letting them know the -- the risk

15 assessment that we gave the shoe, any

16 suggestions we may have to lower that risk

17 assessment and they can expect their shoe

18 back and they would not -- they would not be

19 getting anything in writing themselves.

20     Q.    And how did that evolve over the

21 time that you were involved in making that

22 presentation?

23     A.    I think it evolved to some extent

24 that we tried to be -- have a faster

25 turnaround time so that they could move their

Exhibit 2 - Page 8 of 18

1  process along, and I think it just became
2  more formalized into what they -- how they
3  could supply us with this information and how
4  it would be returned to them.
5      Q.    And how did you describe what the
6  review entailed?
7            MR. BARNARD:  Object to the form.
8            You can answer.
9      A.    We described that we would be
10 looking for -- at a shoe for any potential
11 trademark issues, trade dress issues, utility
12 patent issues, design patent issues, copyright
13 issues.
14     Q.    (By Mr. Brewster)  Is there
15 anything else that you told the buyers that
16 the review entailed?
17     A.    I think we also told them that we
18 try to keep abreast of ongoing litigation in
19 the area to help assess our -- the risk
20 rating that we would ascribe the shoe.  That
21 generally is what we told them that it
22 entailed.
23     Q.    When you told them what to expect
24 and you said they should expect a report with
25 a risk assessment, what levels of risk

Exhibit 2 - Page 9 of 18

1   on the -- as a registration, and this is the
2   one that I thought it brought to mind.
3       Q.      And that's PSS 99983?
4       A.      That is correct.
5       Q.      The reference under Trademark
6   Review goes on to say, Use of four stripes
7   is okay per agreement.
8           What agreement are you referencing?
9       A.      That would be the 1994 settlement
10  agreement between Payless and adidas.
11      Q.      And in conducting the shoe review
12  did you review the '94 agreement?
13      A.      I can't recall if I reviewed the
14  agreement right before giving this review.  I
15  had reviewed the agreement prior to conducting
16  this review and I was aware of the contents
17  of the agreement.
18      Q.      Is it your testimony that you had
19  read the actual agreement itself prior to
20  giving this shoe review?
21      A.      As -- as I testified to earlier, I
22  believe that I read at least a memorandum
23  that gave a -- guidelines from the agreement
24  as well as I believe I read the pertinent
25  sections of the agreement as it pertained to

Exhibit 2 - Page 10 of 18

1   adidas' rights.
2       Q.    And I understand you read the memo
3   but do you recall reading the agreement
4   itself separately?
5       A.    I can't recall pulling out an
6   entire agreement and reading it from beginning
7   to end.  I do recall reading pertinent
8   sections that I believe were from the
9   agreement.
10      Q.    And were those pertinent sections
11  referenced in the memo, is that where you saw
12  them?
13      A.    We had a -- an agreement book that
14  I could reference to when I was doing shoe
15  reviews that had agreements from companies
16  that had at some point made an agreement with
17  Payless.  One of those was the Payless -- or
18  May and adidas agreement.  Before the actual
19  agreement is -- was a memorandum I believe
20  from Steve Horace which discussed the
21  agreement and after that was at least some
22  section of the agreement that I read that
23  pertained to adidas' rights.  I believe from
24  my recollection that's the best I can say.
25      Q.    Based on your recollection, how

Exhibit 2 - Page 11 of 18

1           MR. BARNARD:  Object to the form.
2           You can answer.
3     A.    If there were -- was a design
4  element that they were going to be using or
5  that had been used on shoes other than the
6  one that had been submitted to us, that
7  review might purport to effect that shoe.
8  Thus, if the buyer when he was told that we
9  had an issue with that certain design element
10 may state, "we're using that element on other
11 shoes," and I would say, "Well, let's bring
12 those shoes back into review so we can take
13 a look at those."
14    Q.    Let's assess that in the context
15 of Exhibit 427.  Do you recognize this as a
16 shoe review that you participated in?
17    A.    It appears that I was -- I
18 participated in this shoe review, but I don't
19 recall it independently.
20    Q.    In this situation the competitor
21 shoe that's identified is a Diesel shoe; is
22 that correct?
23    A.    Yes.
24    Q.    In conducting a shoe review such
25 as this where the competitor shoe had

Exhibit 2 - Page 12 of 18

1  parallel stripes, did you also assess any
2  rights that adidas might have in connection
3  with those parallel stripes?
4     A.    I would have considered that adidas
5  -- if I felt like adidas had a right to the
6  -- in this shoe that we were making, I would
7  have brought it up.
8     Q.    And the fact that it's not
9  reflected on -- on this shoe review means
10 that you didn't have any such reaction?
11    A.    I did not have concern with this
12 two-stripe shoe that did not -- as I was
13 aware was not interpreting an adidas style.
14 I did not have that concern with adidas'
15 rights.
16    Q.    In connection with this review did
17 you even consider adidas' rights?
18    A.    I considered adidas' rights every
19 time I saw stripes on a shoe that were
20 parallel or substantially parallel.
21    Q.    In this particular case there is a
22 rating assigned under Trade Dress Review, it
23 says low to moderate --
24    A.    Uh-huh.
25    Q.    -- correct?

Exhibit 2 - Page 13 of 18

1    A.    That's correct.
2    Q.    And is that a trade dress elements
3  of the Diesel shoe; is that correct?
4    A.    I would have been looking at the
5  trade dress of the Diesel shoe, that's
6  correct.
7    Q.    Did you conduct any review in
8  particular with any -- in connection with any
9  trademark as opposed to trade dress?
10   A.    Yes.
11   Q.    And what trademark did you assess?
12   A.    It would have been down at the
13 Risk Rating All Factors.  It was marked low
14 to moderate, so we would have felt it was
15 low to moderate risk rating.
16   Q.    Sorry, in this particular review
17 did you undertake any trademark review in
18 this case?
19         MR. BARNARD:  Object to the
20 question as asked and answered.
21   A.    And I would reiterate, yes.
22   Q.    (By Mr. Brewster)  So the fact
23 that there's no comments under Trade Mark
24 Review doesn't mean that you didn't conduct a
25 trademark review analysis?

Exhibit 2 - Page 14 of 18

1  reaction might be to this shoe?
2      A.     I don't think so.
3      Q.     This review occurred while this
4  litigation was pending, correct?
5      A.     That is correct.
6      Q.     And the risk rating for all
7  factors and each factor individually is low
8  to moderate in each case, correct?
9      A.     For the trademark, trade dress and
10 design patent, that is correct.
11     Q.     And in your trademark review it
12 says two-stripe design is approved.  Did you
13 evaluate the likelihood of confusion between
14 this particular shoe and the adidas shoe with
15 the three stripes?
16     A.     That is correct.
17     Q.     Exhibit 432 is a request for legal
18 advice for a comparison to a Skechers shoe.
19 Did you participate in the shoe review for
20 this particular shoe?
21     A.     I believe I did.
22     Q.     In -- did you prepare the remarks
23 that are reflected on PSS 321540?
24     A.     I would -- yes.
25     Q.     And you assigned a moderate risk

Exhibit 2 - Page 15 of 18

1    on the trade dress factor, correct?

2        A.    Yes.

3        Q.    And why did you suggest changing

4    the stitch lines or colored heel?

5        A.    I don't have a specific

6    recollection of that.  I was -- the trade

7    dress review would have been in comparison to

8    the Skechers shoe, so from reading that I

9    would believe that the Payless design was too

10   close to the Skechers shoe on trade dress.

11       Q.    If you -- if you take a look, for

12   instance, at the picture that's on 321543,

13   that doesn't provide you what you need to

14   know to understand your comments?

15       A.    Could you repeat the document

16   number.

17       Q.    Sorry.  321543.

18       A.    543.  And does that provide me

19   enough to make sense of my comments --

20       Q.    Yes.

21       A.    -- is that what you're saying?

22       Q.    Yes.

23       A.    Not that single picture.

24       Q.    If you go back to the page before,

25   321542, again, enough information to make

Exhibit 2 - Page 16 of 18

1   sense of your comment?

2       A.    No.

3       Q.    If you take a look at the picture

4   on 321542.

5       A.    Yes.

6       Q.    The shoe on the left, you

7   mentioned that you compared the Payless shoe

8   to the Skechers shoe.  Did you consider

9   whether that -- those stitch lines raised any

10  issues vis-a-vis the adidas shelltoe?

11      A.    I don't believe so.  I don't

12  recall what the stitch lines pertain to.  I

13  believe that -- I'm trying to see if there

14  was more than one shoe provided because the

15  product review says "compared to Skechers, Lug

16  Oxfords" and then in the parenthetical it

17  says "2," and then also Lugz something else

18  included, interpolar or interpreter included,

19  and I don't know if I have -- so I don't

20  know if it's simply reviewed just against the

21  Skechers or if there was a Lugs

22  interpretation that I was interpreting it

23  against as well.

24      Q.    But by taking a look at 321542

25  doesn't cause you to recall that you

Exhibit 2 - Page 17 of 18

1   considered the adidas shelltoe in connection
2   with this shoe as well?
3        A.    I don't recall.
4        Q.    Exhibit 433 is another request for
5   legal advice. Do you recall providing a shoe
6   review in connection with this request for
7   legal advice?
8        A.    I don't have a specific
9   recollection of providing advice but, I mean,
10  it appears that advice was provided.
11       Q.    Do you recall participating in
12  connection with this particular shoe?
13       A.    I do recall the shoe, yes.
14       Q.    And in this situation the product
15  review is to compare the Payless shoe to a
16  Skechers shoe; is that correct?
17       A.    That is correct.
18       Q.    In connection with this shoe
19  review, did you also compare the shoe to the
20  adidas Country Ripple?
21       A.    I don't recall comparing it
22  specifically with a specific adidas shoe. I
23  think I would have considered the two
24  stripes, two parallel stripes with respect to
25  adidas three stripes mark.

Exhibit 2 - Page 18 of 18