William B. Crow, OSB No. 610180
bcrow@schwabe.com
SCHWABE, WILLIAMSON & WYATT
Suites 1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon 97204-3795
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

Attorneys for Defendant Payless ShoeSource, Inc.

William A. Rudy (Admitted pro hac vice)
wrudy@lathropgage.com
(Additional attorneys listed at signature)
LATHROP & GAGE L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2612
Telephone: (816) 292-2000
Facsimile: (816) 292-2001

Of Counsel for Defendant Payless ShoeSource, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS-SALOMON AG,<br><br>Plaintiffs,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.,<br><br>Defendant. | No. CV01-1655 KI (Lead Case)<br>Related Case CV03-1116 KI<br><br>**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL (i) DUE TO PLAINTIFF'S FAILURE TO PROVE THE FACT OF ACTUAL DAMAGE, AND (ii) ON THE ISSUE OF WILLFULNESS**<br><br>By Defendant Payless ShoeSource, Inc.<br>Pursuant to Fed. R. Civ. P. 50, 59<br><br>**Request for Oral Argument** |

## LOCAL RULE 7.1 CERTIFICATION

Payless certifies that it has met and conferred in good faith with counsel for adidas in an effort to resolve the issues raised in this Motion, but that such efforts have been unsuccessful.

## MOTION

Pursuant to Fed. R. Civ. P. 50 and 59, Payless respectfully moves the Court to enter judgment as a matter of law based on plaintiff adidas' failure to prove the fact of actual damages at trial and on the issue of Payless' willfulness or, in the alternative, a new trial. The grounds supporting this Motion are set forth in the concurrently filed Legal Memorandum in Support.

DATED: May 12, 2008

SCHWABE, WILLIAMSON & WYATT

By  /s/ William B. Crow
   William B. Crow, OSB No 610180
   Telephone: (503) 222-9981

LATHROP & GAGE L.C.
   William A. Rudy (admitted *pro hac vice*)
   William R. Hansen (admitted *pro hac vice*)
   Phillip S. Lorenzo (admitted *pro hac vice*)
   Telephone: (816) 292-2000

LANE POWELL PC
   Milo Petranovich, OSB No. 81337
   Kenneth R. Davis, II, OSB No. 97113
   Telephone: (503) 778-2100

Attorneys for Defendant Payless ShoeSource, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I caused to be served a copy of the foregoing **DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL (i) DUE TO PLAINTIFF'S FAILURE TO PROVE THE FACT OF ACTUAL DAMAGES, AND (ii) ON THE ISSUE OF WILLFULNESS** on the following person(s) in the manner indicated below at the following address(es):

| | |
|---|---|
| Stephen M. Feldman; sfeldman@perkinscoie.com<br>Thomas R. Johnson; trjohnson@perkinscoie.com<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128 | **Counsel for plaintiffs** |
| Jerre B. Swann; jswann@kilpatrickstockton.com<br>William H. Brewster; bbrewster@kilpatrickstockton.com<br>R. Charles Henn, Jr.; chenn@kilpatrickstockton.com<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309 | **Of counsel for plaintiffs** |

☒ by **CM/ECF**

☐ by **Electronic Mail**

☐ by **Facsimile Transmission**

☐ by **First Class Mail**

☐ by **Hand Delivery\**

☐ by **Overnight Delivery**

/s/ William B. Crow
An Attorney for Defendant