**William B. Crow, OSB No. 610180**
bcrow@schwabe.com
**SCHWABE, WILLIAMSON & WYATT**
Suites 1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon 97204-3795
Telephone:  (503) 222-9981
Facsimile:   (503) 796-2900

    Attorneys for Defendant Payless ShoeSource, Inc.

**William A. Rudy** (Admitted *pro hac vice*)
wrudy@lathropgage.com
(Additional attorneys listed at signature)
**LATHROP & GAGE L.C.**
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2612
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001

    Of Counsel for Defendant Payless ShoeSource, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, and **ADIDAS-SALOMON AG**,<br><br>    Plaintiffs,<br><br>v.<br><br>**PAYLESS SHOESOURCE, INC.**,<br><br>    Defendant. | No. CV01-1655 KI (Lead Case)<br>Related Case  CV03-1116 KI<br><br>**SUPPLEMENTAL DECLARATION OF DAVID V. CLARK**<br>In Support of Motion for Judgment as a Matter of Law On adidas' Liability Claims or, in the Alternative, for New Trial<br><br>By Defendant Payless ShoeSource, Inc. |

**SUPPLEMENTAL DECLARATION OF DAVID V. CLARK**

I, David V. Clark, declare and testify as follows:

1.   I am a member with Lathrop & Gage LC, counsel for Defendant Payless ShoeSource, Inc. ("Payless") in this action.

2.   I have personal knowledge of the facts in this Declaration and would willingly testify to the same if called upon to do so.

3.   Attached as Exhibit A is a true and correct copy of a list of lot numbers and corresponding photos of all the Payless striped footwear that Payless was able to identify as of July 2006 as having been sold in the United States during the time that is relevant to this lawsuit. This list, which was bates-stamped PSS127365-127452, was produced to adidas on July 21, 2006.  The lots which adidas did not choose to include in this lawsuit have been highlighted in yellow on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 22nd day of May, 2008, at Kansas City, Missouri.

_____
David V. Clark

PAGE 1 -  **SUPPLEMENTAL DECLARATION OF DAVID V. CLARK**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I caused to be served a copy of the foregoing **SUPPLEMENTAL DECLARATION OF DAVID V. CLARK** on the following person(s) in the manner indicated below at the following address(es):

| | |
|---|---|
| Stephen M. Feldman; sfeldman@perkinscoie.com<br>Thomas R. Johnson; trjohnson@perkinscoie.com<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128 | **Counsel for plaintiffs** |
| Jerre B. Swann; jswann@kilpatrickstockton.com<br>William H. Brewster; bbrewster@kilpatrickstockton.com<br>R. Charles Henn, Jr.; chenn@kilpatrickstockton.com<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309 | **Of counsel for plaintiffs** |

☐    by **CM/ECF**

☐    by **Electronic Mail**

☐    by **Facsimile Transmission**

☐    by **First Class Mail**

☐    by **Hand Delivery\**

☐    by **Overnight Delivery**

                                                          /s/ John Shaeffer
                                                      An Attorney for Defendant